UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| BLANTON ROBERTS, | * | |
| Plaintiff | * | |
| v. | | Civil Action No. 1:18-cv-01940 |
| | * | |
| OFFICER MARCUS TAYLOR, *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF WITHDRAWAL AND CONTINUATION OF COUNSEL

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that to the extent that Neil E. Duke appeared on pleadings in this matter, he hereby withdraws his appearance as counsel of record for Defendants Wayne E. Jenkins and Marcus Taylor.

PLEASE TAKE FURTHER NOTICE that Thomas H. Barnard, Stuart R. Goldberg, and Baker, Donelson, Bearman, Caldwell & Berkowitz, PC remain counsel of record for Defendants Wayne E. Jenkins and Marcus Taylor.

Respectfully submitted,

/s/
Thomas H. Barnard, Fed. Bar No. 27488
tbarnard@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
100 Light Street
Baltimore, MD 21202
Phone: 410-862-1185
Fax: 410-547-0699

*Attorneys for Defendants Wayne E. Jenkins and Marcus Taylor*

4849-8404-8063v1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of June, 2020, a copy of the foregoing *Notice of Withdrawal and Continuation of Counsel* was filed with the United States District Court for the District of Maryland by electronic filing.  All counsel of record are being served by the Court's electronic filing system.

    Respectfully submitted,

    /s/
    Thomas H. Barnard, Fed. Bar No. 27488