**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| BLANTON ROBERTS, | * | |
| Plaintiff | * | |
| v. | | Civil Action No. 1:18-cv-01940 |
| | * | |
| OFFICER MARCUS TAYLOR, *et al.* | | |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STATUS REPORT**

Defendants and Plaintiff (the "Parties"), by and through their undersigned counsel and pursuant to this Court's June 10, 2020 Memorandum Order, hereby submit the following *Joint Status Report*, and, in support thereof, state as follows:

1. Your Honor issued a Memorandum Order on June 10, 2020, *see* ECF Doc. No. 92, requesting that the Parties submit an updated status report by June 19, 2020. *Id.*

2. The Parties since conferred, and now agree, to have this matter referred to a Magistrate Judge for the United States District Court for the District of Maryland, for purposes of conducting a Mediation/Settlement Conference.

3. By agreement, the Parties jointly request that this Honorable Court: (1) approve this Status report; (2) refer this matter to a Magistrate Judge for purposes of conducting a Mediation/Settlement Conference; and (3) stay this matter until after the conclusion of the Mediation/Settlement Conference.

Respectfully submitted,

|  |  |
|---|---|
|  | Dana P. Moore<br>Acting Baltimore City Solicitor |
|           /s/<br>Stuart R. Goldberg, Fed. Bar No. 21236<br>sgoldberg@bakerdonelson.com<br>Thomas H. Barnard, Fed. Bar No. 27488<br>tbarnard@bakerdonelson.com<br>BAKER, DONELSON, BEARMAN,<br>  CALDWELL, & BERKOWITZ, P.C.<br>A Professional Corporation<br>100 Light Street, 19th Floor<br>Baltimore, MD  21202<br>410-862-1339 (telephone)<br>443-547-0699 (fax)<br>*Attorneys for Defendants Wayne Jenkins and Marcus Taylor* |           /s/<br>Kara K. Lynch, Fed. Bar No. 29351<br>kara.lynch@baltimorepolice.org<br>Justin S. Conroy, Fed. Bar No. 28480<br>justin.conroy@baltimorecity.gov<br>Christopher R. Lundy, Fed. Bar No. 29888<br>christopher.lundy@baltimorecity.gov<br>Natalie R. Amato, Fed. Bar No. 20749<br>natalatie.amato@baltimorecity.gov<br>BALTIMORE CITY LAW DEPARTMENT<br>  OFFICE OF LEGAL AFFAIRS<br>100 N. Holiday Street, Room 101<br>Baltimore, Maryland 21202<br>(410) 396-2496 (telephone)<br>(410) 396-2126 (fax)<br>*Attorneys for Defendant Baltimore Police Department* |
|           /s/<br>Christopher C. Jeffries, Federal Bar No. 28587<br>cjeffries@kg-law.com<br>KRAMON & GRAHAM, P.A.<br>One South Street, Suite 2600<br>Baltimore, MD 21202<br>410-752-6030 (telephone)<br>410-539-1269 (fax)<br>*Attorneys for Defendants Evodio Hendrix and Maurice Ward* |           /s/<br>Joshua L. Insley, Fed. Bar No. 30055<br>jinsley@sallerlaw.com<br>Hannah M. Ernstberger, Fed. Bar No. 20513<br>Hernstberger@sallerlaw.com<br>SALLER, LORD, ERNSTBERGER,<br>  & INSLEY<br>12 S. Calvert Street, 2nd Floor<br>Baltimore, Maryland 21202<br>(410) 783-7945 (telephone)<br>(443) 869-2683 (fax)<br>*Attorneys for Plaintiff Blanton Roberts* |

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of June, 2020, a copy of the foregoing *Joint Status Report* was filed with the United States District Court for the District of Maryland by electronic filing. All counsel of record are being served by the Court's electronic filing system.

Respectfully submitted,

/s/
Stuart R. Goldberg, Fed. Bar No. 21236